IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

David M. Cassaro

Debtor

Bankruptcy No. 07-71940
Judge Manuel Barbosa
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

    HSBC Mortgage Services, hereby responds to the Notice of Final Cure Payment and Completion of Plan Payments issued by the Chapter 13 Trustee on June 1, 2012, and states:
1. HSBC Mortgage Services agrees that the prepetition default has been paid in full by the Trustee.
2. HSBC Mortgage Services hereby gives notice that the Debtor has defaulted on post mortgage payments and is currently in default.

    /s/ Andrew E. Houha
    Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE